# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 4:96-cr-00056-MR-1

| | | |
|---|---|---|
| TIMOTHY LAMONT RUFF, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Petitioner's "Addendum" received by the Court on May 21, 2015 [Doc. 125] and the Petitioner's "Addendum" received by the Court on May 22, 2015 [Doc. 126]. The Court construes each of these pleadings as a motion to amend Petitioner's previously filed Rule 60(b) motion [Doc. 122].

The Court construed Petitioner's Rule 60(b) motion as a successive petition and denied it on May 11, 2015. [See Doc. 124]. Accordingly, Petitioner's motions to amend his Rule 60(b) motion are moot. For the reasons stated in the Court's Order denying Petitioner's Rule 60(b) motion, the Court declines to issue a certificate of appealability.

**IT IS, THEREFORE, ORDERED** that the Petitioner's pleadings [Docs. 125, 126], which the Court construes as motions to amend, are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge