**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:96-cr-00056-MR-1
CIVIL CASE NO. 1:16-cv-00156-MR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **TIMOTHY LAMONT RUFF,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion, requesting copies of various documents. [Criminal Case No. 4:96-cr-00056-MR ("CR"),Doc. 136].

The Defendant requests copies of his docket sheet, the Judgment and the Statement of Reasons. The Defendant further requests "a copy of the forms you use to file a law suit on your lawyer." [Id. at 1]. The Defendant has pending a motion to vacate pursuant to 28 U.S.C. § 2255. On August 24, 2016, this Court stayed this action pending a decision of the Fourth Circuit Court of Appeals. [Civil Case No. 1:16-cv-00156-MR ("CV"), Doc. 7]. The Court therefore will deny the Defendant's motion at this time because this action has been stayed. Moreover, the Defendant is currently

represented by counsel in relation to his § 2255 proceeding. [See CV Doc. 3]. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H).

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [CR Doc. 136], which the Court construes as a motion, is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 9, 2017

Martin Reidinger
United States District Judge