THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 4:96-cr-00056-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TIMOTHY LAMONT RUFF, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for a copy of court documents at the Government's expense [Doc. 143].

In his motion, the Defendant requests a copy of his Presentence Report to be provided for him without charge. [Doc. 143]. The Defendant, however, has failed to demonstrate a particularized need for copies of these materials. See United States v. MacCollom, 426 U.S. 317, 326-27 (1976) (holding that defendants are not entitled to transcripts at Government expense absent some showing of a particularized need); Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152 (4th Cir. 1972) ("[A]n indigent is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering

some flaw.") (citation omitted).[1]  For all these reasons, the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 143] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 21, 2022

Martin Reidinger
Chief United States District Judge

---

[1] As the Defendant is currently on supervised release, he may access his Presentence Report at no charge at the public terminal in the Clerk's Office.